In the Matter of the Accounting of CHARLES V. WALTER, as Trustee under the Will of THEODORE PETREMONT, Deceased.

CHARLES V. WALTER, Individually and as Trustee, Appellant; KATHERINE PETREMONT, Respondent.

*Trusts and trustees — accounting — costs and disbursements payable out of principal not income.*

*Matter of Petremont,* 213 App. Div. 318, affirmed.

(Argued November 24, 1925; decided December 8, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1925, which modified and affirmed as modified a decree of the New York County Surrogate's Court judicially settling the intermediate account of a trustee. The Appellate Division struck out a provision therein for the retention by the trustee out of the income of the trust fund of a sum for costs and disbursements of the accounting and directed that said amount be paid out of principal.

*Robert J. Robeson* and *Maxwell Hall Elliott* for appellant.
*Michael J. Horan* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.